Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion to seal denied as unnecessary (*see* Rules of Ct of Appeals [22 NYCRR] § 500.5 [b]).

Chief Judge LIPPMAN taking no part.

In the Matter of GENERAL ELECTRIC COMPANY, Appellant, v ASSESSOR OF THE TOWN OF ROTTERDAM et al., Respondents. (And Another Related Proceeding.)

Submitted January 12, 2009; decided February 24, 2009

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 711 (2008)].

Chief Judge LIPPMAN and Judge READ taking no part.

In the Matter of GENERAL ELECTRIC COMPANY, Appellant, v ASSESSOR OF THE TOWN OF ROTTERDAM et al., Respondents. (And Another Related Proceeding.)

Submitted January 12, 2009; decided February 24, 2009

Motion by the Institute for Professionals in Taxation for leave to file a brief amicus curiae on the motion for reargument herein granted and the brief is accepted as filed [*see* 11 NY3d 711 (2008)].

Chief Judge LIPPMAN and Judge READ taking no part.

In the Matter of GENERAL ELECTRIC COMPANY, Appellant, v ASSESSOR OF THE TOWN OF ROTTERDAM et al., Respondents. (And Another Related Proceeding.)

Submitted January 12, 2009; decided February 24, 2009

Motion by the Council on State Taxation for leave to file a brief amicus curiae on the motion for reargument herein